IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01876-BNB

DONOVAN CRAIG MATTHEWS,

    Applicant,

v.

BOBBY BONNER, Warden, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

## ORDER DRAWING CASE

    After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be assigned to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

    DATED May 1, 2014, at Denver, Colorado.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge