IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01876-RBJ-KLM

DONOVAN CRAIG MATTHEWS,

     Applicant,

v.

BOBBY BONNER, Warden, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

     Respondents.

---

## ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of in *People v. Matthews*, Adams County District Court Case No. 07CR1097, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.   It is

FURTHER ORDERED that the record, if provided in electronic format, shall display transcripts for all proceedings, including hearings and days of trial, by separate date and not as one continuous document.   It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1)     Adams County District Court
        1100 Judicial Center Dr.
        Brighton, CO 80601

(2)     Court Services Manager
        State Court Administrator's Office
        101 W. Colfax, Ste. 500
        Denver, Colorado   80202.

DATED May 5, 2014, at Denver, Colorado.

                              BY THE COURT:

                              _____
                              R. BROOKE JACKSON
                              United States District Judge

2